AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*September 22, 2022*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  7:22-mj-1874-1 |
| Juan Antonio CANTU-Cavazos | ) | |
| YOB: 1987 COB: Mexico | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   September 21, 2022   in the county of   Hidalgo   in the
  Southern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(g)(5)(A) | Illegal Alien in possession of a firearm |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Authorized by AUSA Lee Fry

**submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.P. 4.1, and probable cause found on:**

Sworn to before me and signed in my presence.

Date:  September 22, 2022 at 9:02 a.m.

City and state:   McAllen, Texas

*Carolina Moreno*
*Complainant's signature*

Carolina Moreno, Special Agent ATF
*Printed name and title*

J. Scott Hacker   United States Magistrate Judge
*Judge's signature*
*Printed name and title*

Attachment A

1. On September 21, 2022, Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF) Special Agents (SA) were conducting surveillance of Poncho's Restaurant in McAllen, Texas when they observed Juan Antonio CANTU-Cavazos, an alien, and two other individuals conduct a firearms transaction. After CANTU took possession of the firearms, ATF agents approached CANTU and arrested him without incident.

2. ATF agents interviewed CANTU after his arrest. During the interview, CANTU admitted to having met the two individuals at Poncho's with the intent to purchase firearms. CANTU also admitted that he was illegally present in the United States and had previously been deported in 2006. CANTU admitted to having knowledge that he was not allowed to purchase or possess firearms or ammunition.

3. An ATF Interstate Nexus Expert reviewed one of the 32 firearms purchased by CANTU. The ATF Interstate Nexus Expert determined that the firearm, a Century Arms Rifle, Model VSKA, Caliber 7.62x39, Serial Number: SV7014528 was not manufactured in the state of Texas and therefore had traveled in or affected interstate commerce.